UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

PETER RUPP,

                *Plaintiff*,     **NOTICE OF MOTION**

  -against-

                                      9:24-cv-00394
                                        (GTS/ML)

ASAT M.J. YOUNIS; SGT R.B.
HOWARD; SGT SHORT; CORRECTION
OFFICER RASTANI; CORRECTION
OFFICER ATCHER; CORRECTION
OFFICER JOHN DOES #1-10,

                     *Defendants*.

---

| | |
|---|---|
| Motion By: | LETITIA JAMES<br>Attorney General of the State of New York<br>Attorney for Defendants<br><br>By: Elizabeth Lombardi, Esq.<br>Assistant Attorney General, of Counsel<br>Bar Roll No. 520633 |
| Time and Place of Hearing: | _____, at 10:00 a.m. before United States District Court Judge Glenn T. Suddaby to be held at the United States District Courthouse in Syracuse, New York, **upon submission only.** |
| Relief and Basis: | An Order pursuant to F.R.C.P. § 12(b)(6) dismissing Plaintiff's complaint against defendants, with prejudice, and for such other and further relief as the Court deems just and proper. |
| Supporting Papers: | Declaration of Attorney Elizabeth Lombardi; Defendants' Memorandum of Law. |

Dated:     Syracuse, New York
           June 27, 2024

                                      LETITIA JAMES
                                      Attorney General of the State of New York
                                      Attorney for Defendants
                                      300 S. State Street, Suite 300
                                      Syracuse, New York 13202
                                      By: */s/ Elizabeth Lombardi*
                                      Elizabeth Lombardi, Esq.
                                      Assistant Attorney General
                                      Bar Roll No. 520633
                                      Telephone: (315) 468-7652
                                      Email: elizabeth.lombardi@ag.ny.gov


To:     Sara Wolkensdorfer, Esq., *via CM/ECF*