

**Office of the New York State Attorney General**

**Letitia James
Attorney General**

September 5, 2025

Hon. Miroslav Lovric
United States District Cort
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

    Re:    ***Rupp v. Younis, et al.***
            Index No.: 9:24-cv-00394 (GTS/ML)

Dear Judge Lovric:

    As stated in Attorney Donavan's status report, the Consent to Change Attorney stipulation is being circulated for signature by Defendants King, Short, Barnhart, Howard, Rastani, Jones, and Atcher. (ECF No. 94). Attorney Donovan and his office have been extremely responsive during this transition of representation.

    Additionally, Attorney Murphy, who has been retained to represent Defendant Morat, will hopefully be sending me the signed Consent to Change Attorney stipulation next week. I will then be filing with the Court. His office has also ben incredibly responsive during this transition.

    Once those stipulations are signed by the Defendants and counsel, they will be filed with the Court, and a formal letter motion withdrawing as counsel for those Defendants will be submitted by the undersigned and AAG Aimee Cowan, who was previously assigned to the case, to withdraw as Counsel.

    Finally, the undersigned has not been contacted by any attorney that has been retained to represent defendant Burger or defendant Bartlett. OAG has been conflicted out of representing these two defendants. Letters from my office were mailed out on August 6, 2025, notifying both of these defendants that OAG cannot continue to represent them due to the conflict that was identified by my office.

    Sincerely,

    */s/ Elizabeth Lombardi*
    Elizabeth Lombardi
    Assistant Attorney General

                                                  Bar Roll No. 520633

cc:    Sara Wolkensdorfer, Esq. *via ECF*
        Ryan T. Donovan, Esq. *via ECF*
        Thomas J. Murphy, Esq. *via ECF*

Syracuse Regional Office | 300 South State Street, Suite 300 | Syracuse NY 13202
315-448-4800 | ag.ny.gov