# Rickner | Moskovitz

Sara Wolkensdorfer, Associate | (212) 300-6506 | sara@rmcivilrights.com

September 5, 2025

**Via ECF**
Hon. Miroslav Lovric
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

       Re:    *Rupp v. Younis, et al.* (9:24-CV-394)

Dear Judge Lovric,

We represent Plaintiff Peter Rupp in the above-captioned matter and respectfully write to provide a status update in the above-captioned case.

As stated in the letters submitted by Ms. Lombardi and Mr. Donovan, Defendants are in the process of obtaining new counsel. Once this process is complete, Plaintiff's counsel will make themselves available for a meet and confer with incoming counsel regarding outstanding discovery.

Respectfully,

   /s/

Sara Wolkensdorfer