UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

PETER RUPP,

                              *Plaintiff*,

              -against-                                    **NOTICE OF MOTION**

                                                          9:24-cv-00394
                                                          (AJB/ML)

SGT R.B. HOWARD; SGT SHORT;
CORRECTION OFFICER RASTANI;
CORRECTIONOFFICER ATCHER;
CORRECTION OFFICER M. KING;
CORRECTION OFFICER D. BURGER;
CORRECTION OFFICER C. BARNHART;
CORRECTION OFFICER W. MORAT;
CORRECTION OFFICER J. BARTLETT;
CORRECTION OFFICER M. JONES;
CORRECTION OFFICER JOHN DOES #1-2,

                              *Defendants*.

_____

        PLEASE TAKE NOTICE that upon the annexed Declaration of Thomas J. Higgs Esq.,

with the exhibits thereto, the statement of material facts pursuant to Rule 56.1; the memorandum

of law and all prior filings with the Court; and upon all prior proceedings, Defendant, JOSHUA

BARTLETT, on a date/time to be designated by the Court, before the Honorable Anthony J.

Brindisi, or as soon thereafter as counsel can be heard, will make a motion at the United States

District Court, Northern District of New York, James T. Foley U.S. Courthouse, 445 Broadway,

Room 424, Albany, NY 12207-2926, pursuant to Rule 56(a) of the Federal Rules of Civil

Procedure, for an order granting their motion for summary judgment dismissing all claims against

Defendant, JOSHUA BARTLETT, with prejudice, and terminating them as a Defendant in this

action,

together with such other or further relief as may be just and proper.


Dated:      July 2, 2026
             Albany, New York

**HACKER MURPHY, LLP**


*/s/Thomas J. Higgs*

Thomas J. Higgs, Esq. (Bar Roll No.:106047)
Benjamin F. Neidl, Esq. (Bar Role No.: 512303)
22 Corporate Woods Boulevard
Suite 404
Albany, NY 12211
(518) 274-5820
*Attorneys for Defendant Joshua Bartlett*

## **CERTIFICATE OF SERVICE**

I certify that on July 2, 2026, I caused the foregoing to be served electronically on all counsel of record.

*/s/ Thomas J. Higgs*

Counsel