# EXHIBIT G



## Corrections and Community Supervision

**KATHY HOCHUL**
Governor

**DANIEL F. MARTUSCELLO III**
Acting Commissioner

I, Chris Tapia, being employed by the New York State Department of Corrections and Community Supervision, in the position of Inmate Grievance Supervisor do hereby state and certify that I/I **RUPP, PETER #21A0808** was an I/I at MSCF from approximately **7/20/21 – 5/16/22;** and the enclosure is a list of grievances filed while the I/I was at MSCF.  This record search was completed pursuant to an AG request.

The attached records are maintained in the regular course of business of NYSDOCCS and, with regard to the attached records that were created by employees of NYSDOCCS, I certify that those records were made in the regular course of business of NYSDOCCS; that it was in the regular course of NYSDOCCS to make them at the time of the condition, act, transaction, occurrence or event documented in such records, or within a reasonable time thereafter; and that the employees who created the records had a duty to truthfully record such condition, act, transaction, occurrence or event.

Chris Tapia
Inmate Grievance Supervisor

Sworn to me before this _____
Day of _____ 2024
Notary Public State of New York
_____

LISSA J. GRAVELINE
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ONEIDA COUNTY
NO. 01GR6187220
MY COMMISSION EXPIRES MAY 19, 2024

Midstate Correctional Facility, 9005 Old River Road, P.O. Box 216, Marcy, NY 13403 | (315) 768-8581 | www.doccs.ny.gov

| Formal Number | Name | Din No | Unit | Code | Grievance Title | HEARING | END DATE |
|---|---|---|---|---|---|---|---|



7/20/21 -
5/16/22

| Formal Number | Name | Din No | Unit | Code | Grievance Title | HEARING | END DATE |
|---|---|---|---|---|---|---|---|
| MS--0071-22 | RUPP, P. | 21-a-0808 | 10-2 SH | 49 | ASSAULTED BY I'TS, NO MEDICAL TREATM | PT | |
| MS--0316-21 | RUPP, P. | 21-a-0808 | 4G | 49 | ASSAULTED | PT | 7/29/2022 |