UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

PETER RUPP,

                    *Plaintiff*,

          -against-

                                                                    9:24-cv-00394
                                                                     (AJB/ML)

SGT R.B. HOWARD; SGT SHORT;
CORRECTION OFFICER RASTANI;
CORRECTIONOFFICER ATCHER;
CORRECTION OFFICER M. KING;
CORRECTION OFFICER D. BURGER;
CORRECTION OFFICER C. BARNHART;
CORRECTION OFFICER W. MORAT;
CORRECTION OFFICER J. BARTLETT;
CORRECTION OFFICER M. JONES;
CORRECTION OFFICER JOHN DOES #1-2,

                    *Defendants*.

_____

### DEFENDANT JOSHUA BARTLETT'S CONSENT MOTION TO SEAL

Defendant Joshua Bartlett ("Bartlett") moves pursuant to Local Rule 5.3, with consent of opposing counsel, to file Exhibits "I" and "J" accompanying the affirmation of Thomas J. Higgs, Esq. filed in support of his motion for summary judgment under seal, which have been previously designated as 'attorney eyes only' as they contain confidential information.  Bartlett also moves to have portions of paragraphs 40-42 redacted from the statement of material facts that is also being filed in connection with his motion for summary judgment as they contain quotations from the aforementioned exhibits.  Bartlett seeks to file the unredacted versions of said documents under seal.  For these reasons, Bartlett respectfully requests that the Court grant this motion to seal.

Dated:          July 2, 2026
                Albany, New York

                                    **HACKER MURPHY, LLP**

                                    Thomas J. Higgs, Esq. (Bar Roll No.:106047)
                                    Benjamin F. Neidl, Esq. (Bar Role No.: 512303)
                                    22 Corporate Woods Boulevard
                                    Suite 404
                                    Albany, NY 12211
                                    (518) 274-5820
                                    *Attorneys for Defendant Joshua Bartlett*

## **CERTIFICATE OF SERVICE**

I certify that on July 2, 2026, I caused the foregoing to be served electronically on all counsel of record.


/*s/ Thomas J. Higgs*

Counsel